**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666 (JNE/DTS) |
| This Document Relates to:<br>Carole Allen,<br>v.<br>3M Company, et al.,<br>18-cv-254 | **REPORT & RECOMMENDATION** |

---

Plaintiff's counsel moved to withdraw in March 2026. Dkt. No. 15. The Court granted the motion, directing Plaintiff to "either (1) file a notice of appearance for substitute counsel; or (2) file a letter stating that she intends to proceed pro se (i.e., prosecute her Bair Hugger case without a lawyer)" by April 24, 2026. Dkt. No. 19. Plaintiff failed to retain counsel or otherwise respond to the Court's order. Without any indication that Plaintiff desires to prosecute her case, the Court recommends dismissal pursuant to Federal Rule of Civil Procedure 41(b).

For the reasons set forth above, the Court RECOMMENDS THAT: this case be dismissed without prejudice for failure to prosecute.

Dated: May 7, 2026                 s/ David T. Schultz_____
                                   DAVID T. SCHULTZ
                                   United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court. It is not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those

objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).