UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                  ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 18-cv-254 (*Carole Allen v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated May 7, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this case be dismissed without prejudice for failure to prosecute.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 21].  Therefore, IT IS ORDERED THAT:

1.    Case No. 18-cv-254 is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 5, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge